UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X

A/S DAN BUNKERING LTD.

       Plaintiff(s),   08   CIV. 8303  (LBS)

 -against-

                  ORDER

SEA MANAGEMENT LTD
ARTIC SHIPPING CO.
E-SHIP LIMITED   Defendant(s).
WEST WORLD LTD.
----------------------------------X

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-4-09
```

SAND, J.

  It is hereby ordered that this action be transferred to the suspense docket of this Court, subject to reinstatement to the active docket upon the written request of any party.

  This order is entered for the following reason(s):
pending a decision by Judge Colleen McMahon on the attachment of funds by defendant E-SHIP LTD. in 08 Civ 2015(CM)

  The parties are to advise the Court in writing of the status of this action within(60) sixty days.

  SO ORDERED.

Dated: New York, New York
    FEBRUARY 4, 2009

                    /s/ Sand
                    U.S.D.J.